## HUNTINGTON *v.* THE SHERIFF OF THE PARISH OF JEFFERSON AND THE BANK OF LOUISIANA.

A judgment, overruling an exception taken to the plaintiff's petition, on the ground of its insufficiency to authorize the injunction he had obtained, is not final, may ultimately work no injury, and is therefore unappealable.

APPEAL from the Fifth District Court of New Orleans. *W. D. Hennen*, for plaintiff. *A. A. Frayser*, for defendants. By the court:

EUSTIS, C. J. The defendants appealed from a judgment by which an exception to the plaintiff's petition was overruled. The exception was to the sufficiency of the plaintiff's petition, to authorize the injunction he had obtained, so far as it related to the Bank of Louisiana.

This is not one of those judgments from which an appeal can be taken to this court. It is not final, and may ultimately work no injury to the appellants.

This appeal is dismissed with costs.